# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PAULA A. LUCKRING,  :  No. 546 MAL 2015
                    :
      Petitioner  :
                    :  Petition for Allowance of Appeal from
                    :  the Order of the Superior Court
    v.  :
                    :
                    :
CHRISTOPHER BLAIR,  :
                    :
      Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.